JANUARY 16, 2004

No. 03A581.   JACKSON ET AL. *v.* PERRY ET AL.   Application for stay or injunction pending appeal, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 03–7434.   BENITEZ *v.* MATA, INTERIM FIELD OFFICE DIRECTOR, MIAMI, IMMIGRATION AND CUSTOMS ENFORCEMENT. C. A. 11th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.   Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 25, 2004.   Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 26, 2004.   A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 19, 2004.   This Court's Rule 29.2 does not apply.

JANUARY 20, 2004

No. 02–1423.   BELLSOUTH CORP. ET AL. *v.* COVAD COMMUNICATIONS CO. ET AL.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Verizon Communications Inc.* v. *Law Offices of Curtis V. Trinko, LLP, ante,* p. 398.

No. 03–241.   QWEST CORP. *v.* METRONET SERVICES CORP. C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Verizon Communications Inc.* v. *Law Offices of Curtis V. Trinko, LLP, ante,* p. 398.